Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RYAN ODUM,** | ) Case No. 2:17-cv-00734-R-KS |
| Plaintiff, | ) |
| v. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| **PERSOLVE, LLC,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 20th day of April, 2017.

        By:    s/Todd M. Friedman
                  Todd M. Friedman, Esq.
                  Law Offices of Todd M. Friedman, P.C.
                  Attorney for Plaintiff

Filed electronically on this 20th day of April, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 20th day of April, 2017, via the ECF system to:

Honorable Manuel L. Real
United States District Court
Central District of California

And mailed via USPS to:

Reid L. Steinfeld
PERSOLVE, LLC
Account Resolution Associates
9301 Corbin Ave., Suite 1600
Northridge, CA 91324

This 20th day of April, 2017.
By: /s/Todd M. Friedman
      Todd M. Friedman